CHIEF JUSTICE
CAROLYN WRIGHT
JUSTICES
JIM MOSELEY
DAVID L. BRIDGES
MICHAEL J. O'NEILL
KERRY P. FITZGERALD
MOLLY FRANCIS
DOUGLAS S. LANG
ELIZABETH LANG-MIERS
ROBERT M. FILLMORE
LANA MYERS
DAVID EVANS
DAVID LEWIS
ADA BROWN



## Court of Appeals
## Fifth District of Texas at Dallas

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
lisa.matz@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
HTTP://5TH.TXCOURTS.GOV

February 5, 2015

Arthur J. Anderson
Winstead, P.C.
500 Winstead Building
2728 N. Harwood St.
Dallas, TX 75201

Terry D. Morgan
Terry D. Morgan & Associates, P.C.
8080 N. Central Expressway Ste. 1300
Dallas, TX 75206

Re:   **Cause : Patsy B. Anderton et al V. City of Cedar Hill; 05-12-00969-CV**

Dear Attorneys:

Enclosed is a copy of the Opinion that issued on August 22, 2014 for the above-mentioned case. Please note the following typographical errors which have been corrected:

* Page 1,  Pasty has been replaced with Patsy in the first sentence of the first paragraph.

Please replace your previous copy with the enclosed.

Sincerely,


Lisa Matz
Clerk of the Court
cc:     Eric V. Moye'
        Felicia Pitre
        Publishers